United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                              Case No. **09-10130** SEK

**RIVERA DAVILA, JOSE**                             Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **12/30/2009**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **400.00** x **28** = $ **11,200.00**
$ **680.00** x **32** = $ **21,760.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **32,960.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **32,960.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ **2,900.00**

Signed: /s/ JOSE RIVERA DAVILA
         Debtor

         Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**     Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**    Cr. _____    Cr. _____
# **1599**             # _____         # _____
$ **4,864.62**    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**COOP A/C GEREN C**    **COOP A/C GEREN C**
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. **COOP A/C GEREN C** Cr. **COOP A/C SANTA IS** Cr. _____
# **0873**               # **1003**             # _____
$ **23,815.52**    $ **16,757.55**    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **MERCEDES-BENZ FI**| | |

IN RE RIVERA DAVILA, JOSE  Case No. 09-10130 SEK
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 2 of 2

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

PLAN WILL INCREASE WHEN DEBTOR PAYSOFF AUTO LOAN WITH MERCEDES-BENZ ACCOUNT ENDING NUMBER 6343

TRUSTEE WILL PAY ARREARS TO DCFS USA, LLC, ACCOUNT ENDING NUMBER 6343 , $ 787.73, DEBTOR WILL MAINTAIN PAYMENTS AS OF DECEMBER 2009 AND ASSUME EXECUTORY CONTRACT.

ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.

ANY CHRISTMAS BONUS IF ANY THAT DEBTOR MAY PROSPECTIVELY RECEIVE FOR THE DURATION OF THE PLAN WILL BE PAID INTO THE PLAN, EXCEPT FOR THE FIRST $1,000.00 DOLLARS AND THOSE AMOUNT REASONABLY NEEDED, WHICH WILL BE CONSULTED WITH THE TRUSTEE , SHOULD NO AGREEMENT BE REACHED WITH THE TRUSTEE IN THIS MATTER DEBTOR WILL MOVE THE COURT ACCORDINGLY, IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE RIVERA DAVILA

        Debtor(s)

CASE NO.; 09-10130 SEK

CHAPTER 13(ASSET CASE)

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **AMENDED PLAN DATED 12/30/2009.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 30TH, day of December, 2009.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

```
Label Matrix for local noticing          GEREN COOP                              US Bankruptcy Court District of P.R.
0104-3                                   Osvaldo Toledo Martinez                 U.S. Post Office and Courthouse Building
Case 09-10130-SEK13                      1200 Ave. Ponce de Leon                 300 Recinto Sur Street, Room 109
District of Puerto Rico                  Santurce, PR 00907-3918                 San Juan, PR 00901-1964
Old San Juan
Wed Dec 30 13:34:19 AST 2009

BBVA BANCO                               CITIFINANCIAL PLUS                      CITIFINANCIAL RETAIL SERVICES DE PR
PO BOX 71113                             CALLE LUIS MUNOZ RIVERA 12              PO BOX 71328
SAN JUAN, PR 00936-8013                  SALINAS, PR 00751-3222                  SAN JUAN, PR  00936-8428


COOP A/C GEREN COOP                      COOP A/C SANTA ISABEL                   DCFS USA LLC
AVENIDA CONDADO 605                      PO BOX 812                              Trustee Payments
COND. SAN ALBERTO #504                   SANTA ISABEL, PR  00757-0812            PO Box 9001683
SANTURCE, PR 00907-3817                                                          Louisville, KY 40290-1683


DEPARTAMENTO DE HACIENDA                 DEPARTAMENTO DEL TRABAJO                DORAL BANK
PO BOX 9024140                           AVE. MUOZ RIVERA 505                    PO BOX 71306
OFICINA 424 B                            HATO REY, PR 00918-3352                 SAN JUAN, PR  00936-8406
SAN JUAN, PR 00902-4140


FEDERAL LITIGATION DEPT OF JUSTICE       FIA CARD SERVICES                       GE MONEY BANK
PO BOX 9020192                           PO BOX 15019                            PO BOX 960061
SAN JUAN, PR  00902-0192                 WILMINGTON, DE  19886-5019              ORLANDO, FL  32896-0004


GORDONS CREDIT PLAN                      (p) INTERNAL REVENUE SERVICE            ISLAND FINANCE
PROCESSING CENTER                        CENTRALIZED INSOLVENCY OPERATIONS       130 EXP. MARTINEZ NADAL 103
DES MOINES, IA  50364-0001               PO BOX 21126                            GUAYNABO, PR  00969
                                         PHILADELPHIA PA 19114-0326


MERCEDES-BENZ FINANCIAL                  SANTANDER FINANCIAL D/B/A ISLAND FINANCE SEARS
PO BOX 9001680                           PO BOX 195369                           PO BOX 183081
LOUISVILLE, KY  40290-1680               SAN JUAN PR, 00919-5369                 COLUMBUS, OH  43218-3081


SEARS CREDIT CARDS                       THE HOME DEPOT                          JOSE RIVERA DAVILA
P.O. BOX 183081                          PROCESSING CENTER                       PO BOX 702
COLUMBUS, OH  43218-3081                 DES MOINES, IA  50364-0500              CANOVANAS, PR 00729-0702


JOSE RAMON CARRION MORALES               MARILYN VALDES ORTEGA                   MONSITA LECAROZ ARRIBAS
PO BOX 9023884                           VALDES-ORTEGA                           OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-3884                  P O BOX 195596                          OCHOA BUILDING
                                         SAN JUAN, PR 00919-5596                 500 TANCA STREET  SUITE 301
                                                                                 SAN JUAN, PR 00901-1938
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE.  STOP 27 1/2
SAN JUAN, PR  00918-1693

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) RIVERA DAVILA, JOSE

End of Label Matrix
Mailable recipients   26
Bypassed recipients    1
Total                 27