United States Bankruptcy Court
District of Puerto Rico

IN RE:  
RIVERA DAVILA, JOSE  
Debtor(s)

Case No. **09-10130 SEK**  
Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **1/11/2010**  
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | |
|---|---|---|
| $ 400.00 x 28 = $ | 11,200.00 | |
| $ 680.00 x 32 = $ | 21,760.00 | |
| $ x = $ | | |
| $ x = $ | | |
| $ x = $ | | |
| TOTAL: $ | 32,960.00 | |

Additional Payments:  
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:  
$_____ x _____ = $ _____

PROPOSED BASE: $ **32,960.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,900.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☑ Trustee pays secured ARREARS:  
Cr. **DORAL BANK** Cr. _____ Cr. _____  
# **1599** # _____ # _____  
$ **4,864.62** $ _____ $ _____

2. ☐ Trustee pays IN FULL Secured Claims:  
Cr. _____ Cr. _____ Cr. _____  
# _____ # _____ # _____  
$ _____ $ _____ $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. _____ Cr. _____ Cr. _____  
# _____ # _____ # _____  
$ _____ $ _____ $ _____

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:  
**COOP A/C GEREN C.    COOP A/C SANTA ISABEL**

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:  
**DORAL BANK**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.  
1. (a) Class A: ☑ Co-debtor Claims / ☑ Other: **PAY AHEAD**  
   ☐ Paid 100% / ☐ Other:  
Cr. **COOP A/C GEREN C** Cr. _____ Cr. _____  
# **0873** # _____ # _____  
$ **23,815.52** $ _____ $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*  
**See Continuation Sheet**

Signed: _____  
Debtor

_____  
Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**  
Phone: **(787) 758-4400**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|

**Executory Contracts - Assumed:**  **MERCEDES-BENZ FI|**

IN RE RIVERA DAVILA, JOSE                                    Case No. 09-10130 SEK
                              Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 2 of 2

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

PLAN WILL INCREASE WHEN DEBTOR PAYSOFF AUTO LOAN WITH MERCEDES-BENZ ACCOUNT ENDING NUMBER 6343

TRUSTEE WILL PAY ARREARS TO DCFS USA, LLC, ACCOUNT ENDING NUMBER 6343 , $ 787.73, DEBTOR WILL MAINTAIN PAYMENTS AS OF DECEMBER 2009 AND ASSUME EXECUTORY CONTRACT.

ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.

ANY CHRISTMAS BONUS IF ANY THAT DEBTOR MAY PROSPECTIVELY RECEIVE FOR THE DURATION OF THE PLAN WILL BE PAID INTO THE PLAN, EXCEPT FOR THE FIRST $1,000.00 DOLLARS AND THOSE AMOUNT REASONABLY NEEDED, WHICH WILL BE CONSULTED WITH THE TRUSTEE , SHOULD NO AGREEMENT BE REACHED WITH THE TRUSTEE IN THIS MATTER DEBTOR WILL MOVE THE COURT ACCORDINGLY, IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE RIVERA DAVILA

Debtor(s)

CASE NO.; 09-10130 SEK

CHAPTER 13(ASSET CASE)

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **AMENDED PLAN DATED 01/11/2010**.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 21st; day of January, 2010.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

```
Label Matrix for local noticing          BANCO BILBAO VIZCAYA ARGENTARIA       GEREN COOP
0104-3                                   P.O. BOX 364745                       Osvaldo Toledo Martinez
Case 09-10130-SEK13                      SAN JUAN, PR 00936-4745               1200 Ave. Ponce de Leon
District of Puerto Rico                                                        Santurce, PR 00907-3918
Old San Juan
Mon Jan 11 14:38:20 AST 2010

US Bankruptcy Court District of P.R.     BBVA BANCO                            CITIFINANCIAL PLUS
U.S. Post Office and Courthouse Building PO BOX 71113                          CALLE LUIS MUNOZ RIVERA 12
300 Recinto Sur Street, Room 109         SAN JUAN, PR 00936-8013               SALINAS, PR 00751-3222
San Juan, PR 00901-1964


CITIFINANCIAL RETAIL SERVICES DE PR      COOP A/C GEREN COOP                   COOP A/C SANTA ISABEL
PO BOX 71328                             AVENIDA CONDADO 605                   PO BOX 812
SAN JUAN, PR 00936-8428                  COND. SAN ALBERTO #504                SANTA ISABEL, PR 00757-0812
                                         SANTURCE, PR 00907-3817


DCFS USA LLC                             DEPARTAMENTO DE HACIENDA              DEPARTAMENTO DEL TRABAJO
Trustee Payments                         PO BOX 9024140                        AVE. MUOZ RIVERA 505
PO Box 9001683                           OFICINA 424 B                         HATO REY, PR 00918-3352
Louisville, KY 40290-1683                SAN JUAN, PR 00902-4140


DORAL BANK                               FEDERAL LITIGATION DEPT OF JUSTICE    FIA CARD SERVICES
PO BOX 71306                             PO BOX 9020192                        PO BOX 15019
SAN JUAN, PR 00936-8406                  SAN JUAN, PR 00902-0192               WILMINGTON, DE 19886-5019


GE MONEY BANK                            GORDONS CREDIT PLAN                   (p)INTERNAL REVENUE SERVICE
PO BOX 960061                            PROCESSING CENTER                     CENTRALIZED INSOLVENCY OPERATIONS
ORLANDO, FL 32896-0004                   DES MOINES, IA 50364-0001             PO BOX 21126
                                                                               PHILADELPHIA PA 19114-0326


ISLAND FINANCE                           MERCEDES-BENZ FINANCIAL               SANTANDER FINANCIAL D/B/A ISLAND FINANCE
130 EXP. MARTINEZ NADAL 103              PO BOX 9001680                        PO BOX 195369
GUAYNABO, PR 00969                       LOUISVILLE, KY 40290-1680             SAN JUAN PR, 00919-5369


SEARS                                    SEARS CREDIT CARDS                    THE HOME DEPOT
PO BOX 183081                            P.O. BOX 183081                       PROCESSING CENTER
COLUMBUS, OH 43218-3081                  COLUMBUS, OH 43218-3081               DES MOINES, IA 50364-0500


JOSE RIVERA DAVILA                       JOSE RAMON CARRION MORALES            MARILYN VALDES ORTEGA
PO BOX 702                               PO BOX 9023884                        VALDES-ORTEGA
CANOVANAS, PR 00729-0702                 SAN JUAN, PR 00902-3884               P O BOX 195596
                                                                               SAN JUAN, PR 00919-5596


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE. STOP 27 1/2
SAN JUAN, PR 00918-1693


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)BBVA  PO BOX 364745, SAN JUAN P.R. 00936-4   (u)RIVERA DAVILA, JOSE              End of Label Matrix
                                                                                    Mailable recipients   27
                                                                                    Bypassed recipients    2
                                                                                    Total                 29