IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | |
| JOSE RIVERA DAVILA | CASE NO. 09-10130SEK |
| | Chapter 13 |
| Debtor(s) | INDEX |
| COOP A/C SANTA ISABEL | |
| Movant | |
| HENRY SANTANA | FILED & ENTERED ON 10/15/2010 |
| JOSE RIVERA DAVILA | |
| JOSE RAMON CARRION MORALES, TRUSTEE | |
| Respondent(s) | |

**O R D E R**

The Motion for Relief of Co-Debtor's Stay filed by COOP A/C SANTA ISABEL on 10/12/2010 is granted to the extent not paid by a confirmed or modified plan.

San Juan, Puerto Rico, this 15 day of October, 2010.

**Sara E. De Jesus Kellogg**
**U.S. Bankruptcy Judge**

c: DEBTOR(S)
MARILYN VALDES ORTEGA
JOSE RAMON CARRION MORALES
COOP A/C SANTA ISABEL'S ATTORNEY
CO-DEBTOR(S): HENRY SANANA